| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter T. Steinberg, Esq., SBN 96834<br>Steinberg, Nutter & Brent, Law Corporation<br>23801 Calabasas Road, Suite 2031<br>Calabasas, California 91302<br>Telephone (818) 876-8535<br>Telecopier (818) 876-8536<br>Email: mr.aloha@sbcglobal.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Todd Stuart Kaplan, | CASE NO.: 9:25-bk-10686-RC<br>CHAPTER: 7 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: June 5, 2125

Debtor 1 Signature    Todd Kaplan

Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE:*** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

```
805 Dentistry
361 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91360


Andrew G. Donen
Elizabeth Diane Donen
Donen Family Living Trust
3704 Captstan Circle
Westlake Village, CA 91361


Augustus Max LLC
(William Wilson)
9903 Santa Monica Blvd., Suite 3
Beverly Hills, CA 90212


Capital One Platinun
PO Box 60519
City of Industry, CA 91716-0519


Concord Printing Services
c/o Fernando
1407 W. 11 Street
Los Angeles, CA 90015-1227


Damian Nassiri
4695 MacArthur Court, 11th Floor
Newport Beach, CA 92660


Decision Quest
c/o Carrie Mason, Director
16825 Northchase Drive
Suite 900
Houston, TX 77060


Esquire Connect
c/o Matthew Cushing
1500 Centre Parkway, Suite 100
East Point, GA 30344
```

Jean Cha
c/o Darrell Hailey
Cha Law Ethics, APC
Operating PO Box 848018
Los Angeles, CA 90084-8018


Lighthouse
c/o Ranah Faris
51 University Street #400
Seattle, WA 98101


Logikcull
548 Market Street
PMB 40135
San Francisco, CA 94104-5401


Melissa G. Fulgenico
Uplift Law, P.C.
650 N. Rose Drive, Suite 620
Placentia, CA 92870


Network Deposition
c/o Perry Smulson
1800 Century Park East, Suite 150
Los Angeles, CA 90067


SPB Reporting, Inc.
c/o Stephanie
PO Box 12755
Palm Desert, CA 92255


Steno
c/o Jaramie Black
PO Box 22637
Pasadena, CA 91185-2637


UCLA Medical Group
PO Box 748156
Los Angeles, CA 90074-8156

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/05/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Peter T Steinberg    mr.aloha@sbcglobal.net
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/05/2025 | Marisela Becerra | /s/ Marisela Becerra |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY