1  **NANCY J. ZAMORA, ESQ. (SBN 137326)**
U.S. Bank Tower
2  633 West 5th Street, Suite 2600
Los Angeles, CA 90071
3  Telephone: (213)488-9411
Facsimile: (213) 488-9418
4  Email: Zamora3@aol.com

5  CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION DIVISION**

| In re | Bk. No. 9:25-bk-10686-RC |
|---|---|
| TODD STUART KAPLAN | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT

    Nancy J. Zamora, the duly appointed and acting Chapter 7 Trustee in the above-entitled bankruptcy proceedings, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-entitled proceedings and appropriate notice should be given to creditors to file claims.

DATED: September 8, 2025

                                        /s/ Nancy J. Zamora
                                        NANCY J. ZAMORA, ESQ.
                                        Chapter 7 Trustee