NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California  90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:25-bk-10686-RC |
| TODD STUART KAPLAN, | Chapter 7 |
| Debtor. | NOTICE OF TRUSTEE'S INTENT TO ABANDON REAL AND PERSONAL PROPERTY |
| | [No Hearing Required] |
| | [Local Rule 6007-1(a)] |

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, ALL CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the United States Bankruptcy Code [11 U.S.C. §554(a)], the undersigned, duly appointed chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned chapter 7 bankruptcy case (the "Case") of debtor Todd Stuart Kaplan ("Debtor"), intends to and will abandon the following described real property and personal property as burdensome and of inconsequential value to the Estate, unless, within fourteen (14) days from the date of service of this Notice, a creditor or other interested party files a written Objection and Request for

Kaplan/notice of abandonment

Hearing with the Clerk of the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California 93101, and serves a copy of such request on Trustee.  Trustee intends to abandon the Estate's interest in the following real property and personal property scheduled by Debtor:

**Primary residence located at 2944 Woodflower Street, Thousand Oaks, California**

**Stocks in MIH, Inc.**

**Licenses for Debtor's businesses held in Debtor's name**

**Money owed by MIH, Inc. to Debtor for unpaid loans**

and, whether scheduled or unscheduled:

**Appellate rights related to litigation known as *Shulman v. Kaplan***

If no Objection and Request for Hearing is timely filed and served, Trustee may take the proposed action and Trustee will be deemed to have abandoned any interest in the real and personal property fourteen (14) days from the date of mailing of this Notice, which date is noted in the attached proof of service.

DATED: December 26, 2025

/s/ Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Chapter 7 Trustee

Kaplan/notice of abandonment

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PERSONAL PROPERTY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee, ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy J. Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Trustee's Counsel: Toan B. Chung, tbchung@rpmlaw. com, toan.b.chung@gmail.com, bankpara@rpmlaw.com, brenfro@rpmlaw.com
Debtor's Counsel: Dane W. Exnowski, dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
Creditors' Counsel: Paul A Beck, pab@pablaw.org, raychael@pablaw.org, Peter T. Steinberg, mraloha@sbcglobal.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Todd Stuart Kaplan, 2944 Woodflower Street, Thousand Oaks, CA  91362
U.S Trustee: Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: Judge's copy waived per Judge's procedures

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30, 2025 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:25-bk-10686-RC<br>Central District of California<br>Santa Barbara<br>Tue Dec 30 00:34:36 PST 2025 | 5150 Hollywood, LLC<br>Law Offices of Paul A. Beck, A Professio<br>13701 Riverside Drive<br>Suite 202<br>Suite 202<br>Sherman Oaks, CA 91423-2447 | LEA Accountancy, LLP<br>1130 S. Flower Street, Suite 312<br>Los Angeles, CA 90015-2143 |
| Roquemore, Pringle & Moore, Inc.<br>13300 Crossroads Parkway North<br>Suite 185<br>City of Industry, CA 91746-3404 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 | 5150 Hollywood, llc<br>Ash Shah, Sunil Shah, Sundip Shah<br>c/o Paul A. Beck Attorney<br>13701 Riverside Drive, #701<br>Sherman Oaks, CA 91423-2449 |
| 805 Dentistry<br>361 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91360-5805 | ACH Capital West<br>375 W. 200 S<br>Salt Lake City, UT 84101-1667 | Alex Pesochin<br>1407 Broadway<br>29th Floor<br>New York, NY 10018-5100 |
| American Express<br>PO Box 30384<br>Salt Lake City, UT 84130-0384 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Andrew G. Donen<br>Elizabeth Diane Donen<br>3704 Captstan Circle<br>Westlake Village, CA 91361-3822 |
| Andrew G. Donen<br>Elizabeth Diane Donen<br>Donen Family Living Trust<br>3704 Captstan Circle<br>Westlake Village, CA 91361-3822 | Augustus Max LLC<br>William Wilson<br>9903 Santa Monica Blvdw Suite 3<br>Beverly Hills, CA 90212-1606 | Bank of America Visa<br>PO Box 17234<br>Wilmington, DE 19850-7234 |
| Bank of the West/BMO<br>Box 2045<br>Milwaukee, WI 53201-2045 | Callahan & Blaine<br>3 Hutton Centre Drive<br>Ninth Floor<br>Santa Ana, CA 92707-5781 | Callahan & Blaine, PC<br>Attn: John D. Van Ackeren<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707-8722 |
| Capital One Platinun<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Capital One Venture<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Capital One, N.A., successor by merger to Di<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Coleman, c/o<br>T. Kevin Roosevelt, Partner<br>Finlayson Toffer Roosevelt & Lilly<br>15615 Alton Parkway, Suite 270<br>Irvine, CA 92618-7307 | Comenity<br>PO Box 650967<br>Dallas, TX 75265-0967 | Concord Printing Services<br>c/o Fernando<br>1407 W. 11 Street<br>Los Angeles, CA 90015-1227 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Damian Naasiri<br>4695 MacArthur Court, 11th Floor<br>Newport Beach, CA 92660-1866 | Decision Quest<br>c/o Carrie Mason, Director<br>16825 Northchase Drive<br>suite 900<br>Houstonr TX 77060-6004 |
| Discover<br>PO Box 45909<br>San Francisco, CA 94145-0909 | Esquire Connect<br>c/o Matthew Cushing<br>1500 Centre Parkway, Suite 100<br>East Point, GA 30344-8152 | (p)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637 |

```
Francine Shulman and Iron Angel,        Francine Shulman, Individually & as      Gregg Roberts
LLC; 3F, Inc.; and Emerald Sky, LLC     Trustee of The Shulman Family Trust      43430 E. Florida Ave. #F-293
c/o Sterling Andrew Marchand            c/o Sterline Andrew Marchand             Hemet, CA 92544-7224
700 K Street N.W.                       700 K Street N.W.
Washington, DC 20001-5690               Washington, DC 20001-5690


Hsin c/o                                Jean Cha                                 (p)LIGHTHOUSE DOCUMENT TECHNOLOGIES INC
Thyne Taylor Fox Howard, LLP            c/o Darrell Hailey                       51 UNIVERSITY STREET
205 E. Carrillo Street, Suite 100       Cha Law Ethics, APC                      SUITE 400
Santa Barbara, CA 93101-7180            Operating PO Box 848018                  SEATTLE WA 98101-3614
                                        Los Angelea, CA 90084-8018


Logikcull                               Melissa G. Fulgenico                     Network Deposition
518 Market Street                       Uplift Law, P.C.                         c/o Perry Smulson
PMB 40135                               650 N. Rose Drivez Suite 620             1800 Century Park East, Suite 150
San Francisco, CA 94104-5401            Placentia, CA 92870                      Los Angeles, CA 90067-1509


PF CP                                   Pacific Western/Banc of CA               Quantum3 Group LLC as agent for
PO Box 9208                             3 MacArthur Place                        Comenity Capital Bank
Old Bethpage, NY 11804-9208             Santa Ana, CA 92707-6068                 PO Box 788
                                                                                 Kirkland, WA  98083-0788


Resurgent Receivables, LLC              SPB Reporting, Inc.                      Steno
Resurgent Capital Services              c/o Stephanie                            c/o Jaramie Black
PO Box 10587                            PO Box 12755                             PO Box 22637
Greenville, SC 29603-0587               Palm Desert, CA 92255-2755               Pasadena, CA 91185-2637


UCLA Medical Group                      United States Trustee                    United States Trustee (ND)
PO Box 748156                           915 Wilshire Blvd.                       915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90074-8156              Suite 1850                               Los Angeles, CA 90017-3560
                                        Los Angeles, CA 90017-3560


Uplift Law, PC                          Ventura County CU                        Wells Fargo Bank, N.A.
650 N Rose Dr. #620                     2575 Vista Del Mar Drive, Suite 100      PO Box 10438, MAC F8235-02F
Placentia, CA 92870-7513                Ventura, CA 93001-3956                   Des Moines, IA  50306-0438


Wells Fargo Home Mortgage               Wells Fargo Visa                         Nancy J Zamora (TR)
PO Box 14411                            PO Box 5511                              U.S. Bank Tower
Des Moines, IA 50306-3411               Sioux Falls, SD 57117-5511               633 West 5th Street, Suite 2600
                                                                                 Los Angeles, CA 90071-2053


Peter T Steinberg                       Todd Stuart Kaplan
Steinberg Nutter and Brent              2944 Woodflower Street
23801 Calabasas Rd Ste 2031             Thousand Oaks, CA 91362-1172
Calabasas, CA 91302-3316
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Bank<br>PO Box 2557<br>Omaha, NE 68103-2557 | (d)First National Bank of Omaha<br>1601 Dodge stop code 3113<br>Omaha, Nebraska 68197-3113 | Lighthouse<br>c/o Ranah Faris<br>51 University Street #400<br>Se:ttle, WA 98101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Coleman; DeFazio; Inland Dev. Strategies, | (d)Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58