| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter T. Steinberg, Esq., SBN 96834<br>Steinberg, Nutter & Brent, Law Corporation<br>23801 Calabasas Road, Suite 2018<br>Calabasas, California 91302<br>Telephone (818) 876-8535<br>Telecopier (818) 876-8536<br>Email: mr.aloha@sbcglobal.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION** ||
| In re:<br>Todd Stuart Kaplan,<br><br><br><br>Debtor(s) | CASE NO.: 9:25-bk-10686-RC<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G

☐ Schedule H       ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List

☒ Other *(specify)* Please see Attachment No. 1

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 1/12/2026

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                              Page 1                                   F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

Debtor 1: Todd Stuart Kaplan
　　　　　First Name　　Middle Name　　Last Name

Debtor 2: _____
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number: 9:25-bk-10686-RC

☒ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                                     12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☒ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☒ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................=>   $0.00

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?                    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☒ No
   ☐ Yes.  Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No

Official Form 106A/B                                   Schedule A/B: Property                                                     page 1
Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1  Todd Stuart Kaplan                                    Case number (if known)  9:25-bk-10686-RC

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☒ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................  $0.00

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☒ No
    ☐ Yes.........

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.....................

    17.1. Credit Union     Institution name:
    Ventura County Credit Union - 4 Primary share checking accounts in amount of @ $556 each ($2224 total) previously gifted to 4 grandchildren approx. 5 years ago. Accounts are at Ventura County Credit Union. Debtor referenced as "joint account holder" but claims no interest in these accounts. (See attached statements).   $0.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information about them...................
    Name of entity:   % of ownership:

Debtor 1   Todd Stuart Kaplan   Case number *(if known)*  9:25-bk-10686-RC

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
       Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.   Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.   Give specific information about them...

**Money or property owed to you?**                                                         **Current value of the portion you own?**
                                                                                           Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes.   Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.
       Company name:               Beneficiary:               Surrender or refund value:

| Debtor 1 | Todd Stuart Kaplan | Case number (if known) | 9:25-bk-10686-RC |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..............** $0.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................... $0.00

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ................................................. | | $0.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $0.00 | |
| 58. Part 4: Total financial assets, line 36 | $0.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $0.00   Copy personal property total | $0.00 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | $0.00 |



**VENTURA COUNTY CREDIT UNION**

PO Box 6920, Ventura, CA 93006-6920

| Account No. | Statement Period | Page |
|---|---|---|
| 1922090 | 07-01-25 Thru 09-30-25 | 1 of 1 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 01  PRIMARY SHARE | $ | 556.48 |

SHAYNE E SUTPHEN
2944 WOODFLOWER ST
THOUSAND OAKS CA 91362-1172

**REFER A FRIEND**
— YOU COULD EACH WIN —
**$750**

We're celebrating 75 years of serving Ventura County all year long, and you're invited to join the fun! Refer a friend or family member to VCCU, and you'll both be entered to win $750.

For full details on how to enter, visit vccuonline.net.

### PRIMARY SHARE ID 01

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 556.33 | $ 0.15 | $ 0.00 | $ 556.48 | $ 0.44 |

| Trans. Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| 07/01/25 | 07/01/25 | | 0.05 | 556.38 | Deposit Dividend Tiered Rate |
| | | | | | Annual Percentage Yield Earned 0.110% for period 06/01/25 to 06/30/25 |
| 08/01/25 | 08/01/25 | | 0.05 | 556.43 | Deposit Dividend Tiered Rate |
| | | | | | Annual Percentage Yield Earned 0.110% for period 07/01/25 to 07/31/25 |
| 09/01/25 | 09/01/25 | | 0.05 | 556.48 | Deposit Dividend Tiered Rate |
| | | | | | Annual Percentage Yield Earned 0.110% for period 08/01/25 to 08/31/25 |

Joint Owner(s): TODD KAPLAN

### Reporting Information for 2025:

Total Dividends Paid Year to Date:     $0.44
Total Dividends Paid Last Year:        $0.59
Total Interest Paid Year to Date:      $0.00

**Direct Inquiries regarding preauthorized electronic transfers or account errors to:**
Ventura County Credit Union
PO Box 6920, Ventura, CA 93006-6920
805.477.4000 • 800.339.0496 • Fax: 805.339.4226
24/7 ACCESS ⇨ vccuonline.net • Telephone Teller: 805.339.4222 • 800.339.0497

Federally insured by NCUA 



**VENTURA COUNTY CREDIT UNION**

PO Box 6920, Ventura, CA 93006-6920

| Account No. | Statement Period | Page |
|---|---|---|
| 1922060 | 07-01-25 Thru 09-30-25 | 1 of 1 |

| ACCOUNT SUMMARY | |
|---|---|
| 01  PRIMARY SHARE | $ 556.48 |

CARTER J SUTPHEN
2944 WOODFLOWER ST
THOUSAND OAKS CA 91362-1172

## REFER A FRIEND
— YOU COULD EACH WIN —
## $750

We're celebrating 75 years of serving Ventura County all year long, and you're invited to join the fun! Refer a friend or family member to VCCU, and you'll both be entered to win $750.

For full details on how to enter, visit vccuonline.net.

### PRIMARY SHARE ID 01

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 556.33 | $ 0.15 | $ 0.00 | $ 556.48 | $ 0.44 |

| Trans. Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| 07/01/25 | 07/01/25 | | 0.05 | 556.38 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 06/01/25 to 06/30/25 |
| 08/01/25 | 08/01/25 | | 0.05 | 556.43 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 07/01/25 to 07/31/25 |
| 09/01/25 | 09/01/25 | | 0.05 | 556.48 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 08/01/25 to 08/31/25 |

Joint Owner(s): TODD KAPLAN

### Reporting Information for 2025:

Total Dividends Paid Year to Date:     $0.44
Total Dividends Paid Last Year:        $0.59
Total Interest Paid Year to Date:      $0.00

**Direct Inquiries regarding preauthorized electronic transfers or account errors to:**
Ventura County Credit Union
PO Box 6920, Ventura, CA 93006-6920
805.477.4000 • 800.339.0496 • Fax: 805.339.4226
24/7 ACCESS ⇨ vccuonline.net • Telephone Teller: 805.339.4222 • 800.339.0497


Federally insured by NCUA

EQUAL HOUSING OPPORTUNITY



**VENTURA COUNTY CREDIT UNION**

PO Box 6920, Ventura, CA 93006-6920

| Account No. | Statement Period | Page |
|---|---|---|
| 1922040 | 07-01-25 Thru 09-30-25 | 1 of 1 |

| ACCOUNT SUMMARY | |
|---|---|
| 01  PRIMARY SHARE | $ 556.48 |

CHARLOTTE K KAPLAN
2944 WOODFLOWER ST
THOUSAND OAKS CA 91362-1172

**REFER A FRIEND**
— YOU COULD EACH WIN —
**$750**

We're celebrating 75 years of serving Ventura County all year long, and you're invited to join the fun! Refer a friend or family member to VCCU, and you'll both be entered to win $750.

For full details on how to enter, visit vccuonline.net.

### PRIMARY SHARE ID 01

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 556.33 | $ 0.15 | $ 0.00 | $ 556.48 | $ 0.44 |

| Trans. Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| 07/01/25 | 07/01/25 | | 0.05 | 556.38 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 06/01/25 to 06/30/25 |
| 08/01/25 | 08/01/25 | | 0.05 | 556.43 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 07/01/25 to 07/31/25 |
| 09/01/25 | 09/01/25 | | 0.05 | 556.48 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 08/01/25 to 08/31/25 |

Joint Owner(s): TODD KAPLAN

### Reporting Information for 2025:

| | |
|---|---|
| Total Dividends Paid Year to Date: | $0.44 |
| Total Dividends Paid Last Year: | $0.59 |
| Total Interest Paid Year to Date: | $0.00 |

**Direct Inquiries regarding preauthorized electronic transfers or account errors to:**
Ventura County Credit Union
PO Box 6920, Ventura, CA 93006-6920
805.477.4000 • 800.339.0496 • Fax: 805.339.4226
24/7 ACCESS ⇨ vccuonline.net • Telephone Teller: 805.339.4222 • 800.339.0497

Federally insured by NCUA





**VENTURA COUNTY CREDIT UNION**

PO Box 6920, Ventura, CA 93006-6920

| Account No. | Statement Period | Page |
|---|---|---|
| 1986620 | 07-01-25 Thru 09-30-25 | 1 of 1 |

### ACCOUNT SUMMARY

| 01 PRIMARY SHARE | $ | 552.45 |
|---|---|---|

OPEL R KAPLAN
2944 WOODFLOWER ST
THOUSAND OAKS CA 91362

## REFER A FRIEND
— YOU COULD EACH WIN —
## $750

We're celebrating 75 years of serving Ventura County all year long, and you're invited to join the fun! Refer a friend or family member to VCCU, and you'll both be entered to win $750.

For full details on how to enter, visit vccuonline.net.

### PRIMARY SHARE ID 01

| Beginning Balance | Total Deposits/Credits | Total Withdrawals/Debits | Ending Balance | Y-T-D Dividends |
|---|---|---|---|---|
| $ 552.30 | $ 0.15 | $ 0.00 | $ 552.45 | $ 0.44 |

| Trans. Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| 07/01/25 | 07/01/25 | | 0.05 | 552.35 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 06/01/25 to 06/30/25 |
| 08/01/25 | 08/01/25 | | 0.05 | 552.40 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 07/01/25 to 07/31/25 |
| 09/01/25 | 09/01/25 | | 0.05 | 552.45 | Deposit Dividend Tiered Rate<br>Annual Percentage Yield Earned 0.110% for period 08/01/25 to 08/31/25 |

Joint Owner(s): TODD KAPLAN

### Reporting Information for 2025:

| | |
|---|---|
| Total Dividends Paid Year to Date: | $0.44 |
| Total Dividends Paid Last Year: | $0.59 |
| Total Interest Paid Year to Date: | $0.00 |

**Direct Inquiries regarding preauthorized electronic transfers or account errors to:**
Ventura County Credit Union
PO Box 6920, Ventura, CA 93006-6920
805.477.4000 • 800.339.0496 • Fax: 805.339.4226
24/7 ACCESS ⇨ vccuonline.net • Telephone Teller: 805.339.4222 • 800.339.0497

Federally insured by NCUA



**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Steinberg, Nutter & Brent, Law Corporation, 23801 Calabasas Road, Suite 2018, Calabasas, CA 91302**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __1/13/26__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul A Beck    pab@pablaw.org, raychael@pablaw.org
Toan B Chung    tbchung@rpmlaw.com, toan.b.chung@gmail.com; bankpara@rpmlaw.com; brenfro@rpmlaw.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
Peter T Steinberg    mr.aloha@sbcglobal.net
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __1/13/26__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Chapter 7 Trustee**
Ms. Nancy J. Zamora, Chapter 7 Trustee
Zamora & Hoffmeier
633 W. 5th Street, Suite 2600
Los Angeles, CA 90071-2053

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __1/13/26__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Chapter 7 Trustee**
Ms. Nancy J. Zamora, Chapter 7 Trustee – By Email
Zamora & Hoffmeier
633 W. 5th Street, Suite 2600
Los Angeles, CA 90071-2053
Email: zamora3@aol.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/13/26 | Marisela Becerra | /s/ Marisela Becerra |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**